# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: __21 CV 02837__

DATE FILED: __APR 02 2021__

SIGNED BY: __JUDGE SWAIN__

DATE SIGNED: __MAR 2 5 2021__

TO BE FILED UNDER SEAL:

_____ ENTIRE ACTION

_____ COMPLAINT/PETITON ONLY

__✓__ OTHER DOCUMENTS/EXHIBITS