**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ADVANCED ALTERNATIVE MEDIA, INC.,

                Plaintiff,

  -against-                                    21 **CIVIL** 2837 (PKC)

                                                  **JUDGMENT**

JESSE FRASURE,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 26, 2022, AAM's petition is GRANTED.

Judgment is entered for AAM.

**Dated:**  New York, New York

        October 26, 2022

                                                                 **RUBY J. KRAJICK**

                                                                  _____
                                                                    **Clerk of Court**

                                     **BY:**      *K. Mango*
                                                                _____
                                                                    **Deputy Clerk**